# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

January 27, 2009

Charles R. Fulbruge III
Clerk

No. 08-10499
Summary Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

OWEN DONOVAN POWELL

Defendant-Appellant

Appeals from the United States District Court
for the Northern District of Texas
USDC No. 3:07-CR-56-ALL

Before KING, DENNIS, and OWEN, Circuit Judges.

PER CURIAM:[*]

Owen Donovan Powell seeks leave to appeal in forma pauperis (IFP) on appeal and moves for the appointment of counsel. Powell has failed to raise any nonfrivolous issues for appeal. See United States v. Boutwell, 896 F.2d 884, 889-90 (5th Cir. 1990) (one-judge order). Powell has presented no arguable legal points for his claim that the district court erroneously determined that his prior Texas conviction was a "drug trafficking offense" that warranted a 16-level

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

enhancement under § 2L1.2.  See United States v. Ford, 509 F.3d 714, 715-17 (5th Cir. 2007).  Accordingly, Powell's motion to proceed IFP on appeal is DENIED, and the appeal is DISMISSED.  See 5TH CIR. R. 42.2.  Powell's motion for appointment of counsel is DENIED as unnecessary.  See 5TH CIR. PLAN UNDER THE CRIMINAL JUSTICE ACT, § 2.